**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ARU PHARMA, INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-1739406 |

4. Debtor's address

**Principal place of business**

**7 Wingate Place**
**Yonkers, NY 10705**
Number, Street, City, State & ZIP Code

**Westchester**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ARU PHARMA, INC.** _____          Case number *(if known)* _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   ARU PHARMA, INC.                                          Case number (if known) _____
_____
Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **ARU PHARMA, INC.**                                    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  0 2  27  2 0 2 3
             MM / DD / YYYY

X _____          **Rajammal Jayakumar**
Signature of authorized representative of debtor    Printed name

Title  **Proposed Executrix of the Estate of Arumugan Jayakumar**

**18. Signature of attorney**

X _____          Date  0 2 / 27 / 2 0 2 3
Signature of attorney for debtor                   MM / DD / YYYY

**Michael G. Mc Auliffe**
Printed name

**The Law Office of Michael G. Mc Auliffe**
Firm name

**68 South Service Road**
**Suite 100**
**Melville, NY 11747**
Number, Street, City, State & ZIP Code

Contact phone  **516-927-8413**          Email address  **mgmlaw@optonline.net**

**NY**
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re   **ARU PHARMA, INC.** _____          Case No. _____

                                    Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ARU PHARMA, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

2/27/23
_____
Date

Michael G. Mc Auliffe
Signature of Attorney or Litigant
Counsel for   ARU PHARMA, INC. _____
The Law Office of Michael G. Mc Auliffe
68 South Service Road
Suite 100
Melville, NY 11747
516-927-8413 Fax:516-927-8414
mgmlaw@optonline.net

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ARU PHARMA INC.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adam Disarro** c/o Robert N. Harris, Esq. 800 Brickell Ave, Ste 1205 Miami, FL 33131 | | **potential liability from lawsuit filed against the Debtor for damages from distributed product** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Arumugam Jayakumar** 7 Wingate Place Yonkers, NY 10705 | | **Monies loaned to Debtor by its sole shareholder** | | | | $1,316,158.00 |
| **Britbran Corporation** 85 West Grand Street Mount Vernon, NY 10552 | | **Unpaid rent** | **Disputed Subject to Setoff** | | | $9,670.00 |
| **Carolyn Ward** c/o Rachel A. Placitella, Esq. 127 Maple Avenue Red Bank, NJ 07701 | | **potential liability from lawsuit filed against the Debtor for damages from distributed product** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Jathiskumar Balasubramaniam** 26 Franklin Avenue, Apt. 3L White Plains, NY 10601 | | **Personal services rendered by officer of the Debtor** | **Unliquidated** | | | $84,000.00 |
| **Marc Sherman** c/o Christopher LoPalo, Esq. 1302 Avenida Ponce de Leon Santurce, PR 00907 | | **potential liability from lawsuit filed against the Debtor for damages from distributed product** | **Contingent Unliquidated Disputed** | | | $0.00 |

Debtor    **ARU PHARMA INC.**                                              Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Richard Mosley et al c/o Bryan F. Aylstock, Esq. 17 E. Main St. Suite 200 Pensacola, FL 32502** | | **potential liability from class action lawsuit filed against the Debtor for damages from distributed product** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Teresa Phillips c/o Jory D. Lange, Jr, Esq. 6300 W Loop S, Ste 350 Houston, TX 77401** | | **potential liability from lawsuit filed against the Debtor for damages from distributed product** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **ARU PHARMA INC.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B.* ......................................................................   $            0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B.*.....................................................................   $       109,091.61

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B.*.......................................................................   $       109,091.61

---

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $            0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F.*...........................................   $            0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F.*...............................   +$      1,409,828.00

4. **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b                                                                              $      1,409,828.00

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ARU PHARMA INC.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Webster Bank** | **Business Checking** | 6396 | **$28,091.61** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                      **$28,091.61**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:       Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **ARU PHARMA INC.**                                    Case number *(If known)* _____
          <u>Name</u>

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Automatic bottle unscrambler with automatic<br>orientor ($20,000); Automatic Dessicant filing<br>machine ($17,000); Automatic cap screwing<br>machine ($20,000); Round bottle side labeling<br>machine ($16,000); Synchronous belt power<br>plant ($4,000); 2 conveyor tables ($4,000)** | $0.00 | | $81,000.00 |

---

**51.    Total of Part 8.**                                                 | $81,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

---

| Debtor | __ARU PHARMA INC.__ | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes

**Part 9:**    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **The Debtor leases the real property located at 696 Locust Street, Mount Vernon, NY 10552. The Lease ends on February 28, 2023** | Lessee | $0.00 | | **Unknown** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | | |
| 61.    Internet domain names and websites<br>**The Debtor has a website at www.arupharmainc.com** | | $0.00 | | **Unknown** |
| 62.    Licenses, franchises, and royalties | | | | |
| 63.    Customer lists, mailing lists, or other compilations | | | | |
| 64.    Other intangibles, or intellectual property | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **ARU PHARMA INC.** | Case number *(If known)* | _____ |
|--------|---------------------|--------------------------|------------------|
| | Name | | |

**65.** Goodwill

**66.** Total of Part 10.                                                                                  **$0.00**
Add lines 60 through 65. Copy the total to line 89.

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
■ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

**71.** Notes receivable
Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

**73.** Interests in insurance policies or annuities

**74.** Causes of action against third parties (whether or not a lawsuit
has been filed)
**Claim against Landlord (Britbran Corporation) and its
Contractor (J. Salvatore Contracting, LLC) for damages
sustained at Debtor's premises from room collapse**                                    Unknown

| Nature of claim | **Claim for Damages** |
|-----------------|------------------------|
| Amount requested | **$2,000,000.00** |

**Potential Cross-Claims against the Debtor's
co-defendants in the actions listed in the Debtor's
Statement of Financial Affairs at Part 3, items 7-2
through 7-6, as well as similar Cross-Claims against
co-defendants in potential actions that have not yet
been filed.**                                                                                      Unknown

| Nature of claim | |
|-----------------|--|
| Amount requested | **$0.00** |

Debtor    __ARU PHARMA INC._____    Case number *(If known)* _____
            Name

**Potential claims against the manufacturer of the
EZRICARE BRAND ARTIFICIAL TEARS Lubricant Eye
Drops, the Debtor's distribution of which resulted in the
Debtor's inclusion in the lawsuits listed in the Statement
of Financial Affairs, Part 3, items 7.2 through 7.6 as well
as in potential actions that have not yet been filed.**

| | |
|---|---|
| Nature of claim | _____ |
| Amount requested | $0.00 |

Unknown

---

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                        $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   __ARU PHARMA INC._____   Case number *(If known)* _____
       Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,091.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $109,091.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $109,091.61 |

**Fill in this information to identify the case:**

Debtor name   **ARU PHARMA INC.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __ARU PHARMA INC.__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adam Disarro**
**c/o Robert N. Harris, Esq.**
**800 Brickell Ave, Ste 1205**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __potential liability from lawsuit filed against the Debtor for damages from distributed product__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,316,158.00** |
|---|---|---|---|

**Arumugam Jayakumar**
**7 Wingate Place**
**Yonkers, NY 10705**

Date(s) debt was incurred __2014-2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Monies loaned to Debtor by its sole shareholder__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,670.00** |
|---|---|---|---|

**Britbran Corporation**
**85 West Grand Street**
**Mount Vernon, NY 10552**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Unpaid rent__

Is the claim subject to offset? ☐ No  ■ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carolyn Ward**
**c/o Rachel A. Placitella, Esq.**
**127 Maple Avenue**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __potential liability from lawsuit filed against the Debtor for damages from distributed product__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ARU PHARMA INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,000.00**

**Jathiskumar Balasubramaniam**
26 Franklin Avenue, Apt. 3L
White Plains, NY 10601

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _July 2022_

Basis for the claim: __Personal services rendered by officer of the Debtor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marc Sherman**
c/o Christopher LoPalo, Esq.
1302 Avenida Ponce de Leon
Santurce, PR 00907

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __potential liability from lawsuit filed against the Debtor for damages from distributed product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Richard Mosley et al**
c/o Bryan F. Aylstock, Esq.
17 E. Main St. Suite 200
Pensacola, FL 32502

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __potential liability from class action lawsuit filed against the Debtor for damages from distributed product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Teresa Phillips**
c/o Jory D. Lange, Jr, Esq.
6300 W Loop S, Ste 350
Houston, TX 77401

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __potential liability from lawsuit filed against the Debtor for damages from distributed product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David G. Bryant, Esq.**<br>600 W. Main St., Suite 100<br>Louisville, KY 40202 | Line _3.7_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Food & Drug Administration**<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | Line _3.7_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Food & Drug Administration**<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **ARU PHARMA INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Food & Drug Administration**<br>**10903 New Hampshire Avenue**<br>**Silver Spring, MD 20993-0002** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Food & Drug Administration**<br>**10903 New Hampshire Avenue**<br>**Silver Spring, MD 20993-0002** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Food & Drug Administration**<br>**10903 New Hampshire Avenue**<br>**Silver Spring, MD 20993-0002** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Jory D. Lange Jr., Esq.**<br>**6300 West Loop South, Ste 350**<br>**Houston, TX 77401** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Kiley L. Grombacher, Esq.**<br>**31365 Oak Crest Dr., Ste 240**<br>**Westlake Village, CA 91361** | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Lisa A. Difilippo, P.A.**<br>**12741 World Plaza La., Ste 2**<br>**Fort Myers, FL 33907** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.10 | **Rebecca S. Vinocur, Esq.**<br>**5915 Ponce De Leon Bvd**<br>**Suite 14**<br>**Coral Gables, FL 33146** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,409,828.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,409,828.00 |

Fill in this information to identify the case:

Debtor name    **ARU PHARMA INC.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Debtor's premises** |
| | State the term remaining | **through February 28, 2023** |
| | List the contract number of any government contract | _____ |

**Britbran Corporation**
**85 West Grand Street**
**Mount Vernon, NY 10552**

**Fill in this information to identify the case:**

Debtor name    __ARU PHARMA INC.__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

    *Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | _____ | | | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __ARU PHARMA INC.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2023 to Filing Date | ☐ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $61,439.00 |
| **For year before that:** From 1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | $203,900.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount

| Debtor | ARU PHARMA INC. | | Case number (if known) | |
|---|---|---|---|---|

may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Arumugam Jayakumar**<br>**c/o Rajammal Jayakumar**<br>**7 Wingate Place**<br>**Yonkers, NY 10705**<br>**former president** | **March 4,**<br>**2022** | $31,500.00 | **Partial repayment of loan made**<br>**to Debtor** |
| 4.2. **Rajammal Jayakumar**<br>**7 Wingate Place**<br>**Yonkers, NY 10705**<br>**Acting Presidnet** | **June 27,**<br>**2022 -**<br>**$22,150.00**<br>**July 5, 2022 -**<br>**$12,185.16** | $34,335.16 | **Partial repayment of loan made**<br>**to Debtor** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **ARU Pharma, Inc. v. Britbran**<br>**Corporation and J. Salvatore**<br>**Contracting, LLC**<br>**56222/2020** | **Action for**<br>**Damages** | **Westchester County**<br>**Supreme Court**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Richard Mosley v. Ezricare,**<br>**LLC; Ezrirx. LLC; Delsam**<br>**Pharma, LLC; Global Pharma**<br>**Healthcare Private, LTD and**<br>**ARU Pharma, Inc.**<br>**6:23-cv-00020-REW-HAI** | **Class Action**<br>**Tort/Products**<br>**Liability** | **U.S. District Court for the**<br>**EDKY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **ARU PHARMA INC.** | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Marc Sherman v. Ezricare, LLC; Ezrirx, LLC; Delsam Pharma LLC; Global Pharma Healthcare Private LTD; ARU Pharma Inc. and Amazon.com Inc.**<br>**802577/2023E** | **Tort/Products Liability** | **NYS Supreme Court, Bronx County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Ezricare, LLC; Ezrirx, LLC; ARU Pharma, Inc.; Wal-Mart Stores East, LP; and Walmart, Inc.**<br>**3:23-cv-00153-MMH-MCR** | **Tort/Products Liability** | **U.S. Disctrict Court MDFla** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Adam Disarro v. Ezricare, LLC; Ezrirx, LLC; Delsam Pharma, LLC; ARU Pharma, Inc.; Amazon.com Inc.**<br>**2:23-cv-00120-SPC-KCD** | **Tort/Products Liability** | **US Disctrict Court MD Fla** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Carolyn Ward v. Ezricare, LLC; Ezrirx, LLC; ARU Pharma, Inc.; and Walmart, Inc.**<br>**3:23-cv-00808-PGS-TJB** | **Tort/Products Liability** | **US District Court for New Jersey** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor    __ARU PHARMA INC._____    Case number *(if known)*  _____

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of Michael G. Mc Auliffe 68 South Service Road, Suite 100 Melville, NY 11747 | | February 17, 2023 | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

Debtor    **ARU PHARMA INC.**    Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository Institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **ARU PHARMA INC.** _____   Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jack Patel & Co.**<br>**68 Elm Avenue**<br>**Iselin, NJ 08830** | **2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor   **ARU PHARMA INC.**                                         Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Jack Patel & Co.<br>68 Elm Avenue<br>Iselin, NJ 08830 | |
| 26c.2.   Lalithapriya Jayakumar<br>23 Evergreen Drive<br>Saratoga Springs, NY 12866 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rajammal Jayakumar | 7 Wingate Place<br>Yonkers, NY 10705 | **Acting President/Proposed Executor of Estate of 100% Shareholder** | **100** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Lalithapriya Jayakumar | 23 Evergreen Drive<br>Saratoga Springs, NY 12866 | **Vice President** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Jathiskumar Balasubramaniam | 26 Franklin Avenue, Apt. 3L<br>White Plains, NY 10601 | **Treasurer/Secretary** | **0** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Arumugam Jayakumar | 7 Wingate Place<br>Yonkers, NY 10705 | **President and 100% interest holder** | **From creation of the Debtor until his death on August 25, 2022** |

Debtor   **ARU PHARMA INC.** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Latha Jayakumar | 789 King Hill Rd Starrucca, PA 18462 | Vice President | September 2022 - December 2022 |

---

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Jayakumar Arumugam 7 Wingate Place Yonkers, NY 10705 | $31,050.00 | March 2022 | Partial repayment of loan made to debtor |
| | **Relationship to debtor** Deceased President | | | |
| 30.2. | Rajammal Jayakumar 7 Wingate Place Yonkers, NY 10705 | $34,335.16 | August 2022 | Parial repayment of personal loan made to the Debtor |
| | **Relationship to debtor** Acting President/Proposed Executrix of Deceased President | | | |
| 30.3. | Jathiskumar Balarsubramaniam 26 Franklin Avenue, Apt. 3L White Plains, NY 10601 | $26,002.00 | February - September 2022 | Salary paid by way of checks to employee's corporation, Simitech, Inc. |
| | **Relationship to debtor** Treasurer/Secretary | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    __ARU PHARMA INC._____    Case number *(if known)* _____

---

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 27, 2023_____

_____        __Rajammal Jayakumar_____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Proposed Executrix of Estate of**
                                    **Arumugam Jayakumar**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    ARU PHARMA INC.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule* _____
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 27, 2023              X _____
                                                  Signature of individual signing on behalf of debtor

                                              **Rajammal Jayakumar**
                                              Printed name

                                              **Proposed Executrix of Estate of Arumugam Jayakumar**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    __ARU PHARMA INC._____    Case No. _____

_____    Chapter    __11_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Rajammal Jayakumar<br>7 Wingate Place<br>Yonkers, NY 10705** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Proposed Executrix of Estate of Arumugam Jayakumar** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __February 27, 2023_____    Signature _____

Rajammal Jayakumar

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **ARU PHARMA, INC.**                                      Case No. _____

_____                Chapter    **11**    _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____   $ _____20,000.00

   Prior to the filing of this statement I have received _____   $ _____20,000.00

   Balance Due _____   $ _____0.00

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   Date  _2/27/23_____

                                      Michael G. Mc Auliffe
                                      *Signature of Attorney*
                                      **The Law Office of Michael G. Mc Auliffe**
                                      **68 South Service Road**
                                      **Suite 100**
                                      **Melville, NY 11747**
                                      **516-927-8413  Fax: 516-927-8414**
                                      mgmlaw@optonline.net
                                      *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   __ARU PHARMA INC._____

Debtor(s)

Case No. _____

Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Proposed Executrix of Estate of Arumugam Jayakumar of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 27, 2023**_____

**Rajammal Jayakumar/Proposed Executrix of Estate of Arumugam Jayakumar**
Signer/Title

ADAM DISARRO
C/O ROBERT N. HARRIS, ESQ.
800 BRICKELL AVE, STE 1205
MIAMI, FL 33131


ARUMUGAM JAYAKUMAR
7 WINGATE PLACE
YONKERS, NY 10705


BRITBRAN CORPORATION
85 WEST GRAND STREET
MOUNT VERNON, NY 10552


CAROLYN WARD
C/O RACHEL A. PLACITELLA, ESQ.
127 MAPLE AVENUE
RED BANK, NJ 07701


DAVID G. BRYANT, ESQ.
600 W. MAIN ST., SUITE 100
LOUISVILLE, KY 40202


FOOD & DRUG ADMINISTRATION
10903 NEW HAMPSHIRE AVENUE
SILVER SPRING, MD 20993-0002


JATHISKUMAR BALASUBRAMANIAM
26 FRANKLIN AVENUE, APT. 3L
WHITE PLAINS, NY 10601


JORY D. LANGE JR., ESQ.
6300 WEST LOOP SOUTH, STE 350
HOUSTON, TX 77401


KILEY L. GROMBACHER, ESQ.
31365 OAK CREST DR., STE 240
WESTLAKE VILLAGE, CA 91361


LISA A. DIFILIPPO, P.A.
12741 WORLD PLAZA LA., STE 2
FORT MYERS, FL 33907

MARC SHERMAN
C/O CHRISTOPHER LOPALO, ESQ.
1302 AVENIDA PONCE DE LEON
SANTURCE, PR 00907


REBECCA S. VINOCUR, ESQ.
5915 PONCE DE LEON BVD
SUITE 14
CORAL GABLES, FL 33146


RICHARD MOSLEY ET AL
C/O BRYAN F. AYLSTOCK, ESQ.
17 E. MAIN ST. SUITE 200
PENSACOLA, FL 32502


TERESA PHILLIPS
C/O JORY D. LANGE, JR, ESQ.
6300 W LOOP S, STE 350
HOUSTON, TX 77401